DANIEL G. BOGDEN
United States Attorney
MEGAN RACHOW
State Bar of Nevada No. 8231
Assistant United States Attorney
100 W. Liberty Street, Suite 600
Reno, Nevada 89501
Tel: (775) 784-5438
Attorneys for Plaintiff

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 2 4 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
                           )   **3:10-CR-0041-RCJ-RAM**
            Plaintiff,     )
                           )   INDICTMENT FOR VIOLATION OF:
     v.                    )
                           )   TITLE 18, UNITED STATES CODE,
                           )   SECTION 2113(a) - Bank Robbery
MATHEW DEAN LANE,          )
                           )
            Defendant.     )

THE GRAND JURY CHARGES THAT:

On or about March 17, 2010, in the District of Nevada, MATHEW DEAN LANE, defendant herein, by force and violence and by intimidation, did take from the person and presence of a bank teller at the Wells Fargo Bank, 200 South Virginia Street, Reno, Nevada, money belonging to and in the care, custody, control, management and possession of the said Wells Fargo Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation; all in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

/s/
FOREPERSON

DANIEL G. BOGDEN
United States Attorney

MEGAN RACHOW
Assistant United States Attorney