PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

☐ INFORMATION  ☑ INDICTMENT

Sealed:  ☐ Juvenile  ☐ Other than Juvenile
Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT — RENO
DISTRICT OF NEVADA — Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: GLENDA NEWBY
☐ U.S. Atty  ☐ Other U.S. Agency
Phone No. (775) 784-5438

Name of Asst. U.S. Attorney (if assigned): MEGAN RACHOW

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any): FBI

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of Offense — County Washoe

CASE NO.

USA vs.
Defendant: MATHEW DEAN LANE

Address:

**3:10-CR-0041-RCJ-RAM**

☐ Interpreter Required  Dialect: _____

Birth Date _____    ☐ Male  ☐ Alien (if applicable)
                        ☐ Female

Social Security Number _____

**DEFENDANT**

Issue:  ☐ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any):
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

FILED _____ RECEIVED _____
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 24 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
|  | 18:2113(a) | Bank Robbery | #1 |